IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-001156-MSK

LINDSEY EMERSON,

    Plaintiff,

v.

ORGANON USA, INC.;
ORGANON PHARMACEUTICAL USA, INC.;
ORGANON INTERNATIONAL, INC.;
SCHERING-PLOUGH CORPORATION;
MERCK & CO., INC.,

    Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 27th day of May, 2010.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge